ZENO B. BAUCUS
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: zeno.baucus@usdoj.gov
       bryan.dake@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

AUG 16 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE WESTOVER,<br>TRAVER JOHN GEARY, and<br>ALEXIS ZEE GEARY,<br><br>Defendants. | CR 18-108-BLG-SPW<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
|---|---|

1

|  | **DISTRIBUTION OF METHAMPHETAMINE** (Counts III-IV) **Title 21 U.S.C. §§ 841(a)(1) and 860(a)** (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or before December 2017, and continuing through at least February 2018, at Fairview within Richland County, in the State and District of Montana, North Dakota and elsewhere, the defendants, DAVID WAYNE WESTOVER, TRAVER JOHN GEARY, and ALEXIS ZEE GEARY, with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess, with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

2

COUNT II

That beginning in or before December 2017, and continuing through at least February 2018, at Fairview within Richland County, in the State and District of Montana, North Dakota and elsewhere, the defendants, DAVID WAYNE WESTOVER, TRAVER JOHN GEARY, and ALEXIS ZEE GEARY, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT III

That on or about January 24, 2018, at Fairview within Richland County, in the State and District of Montana, the defendant, DAVID WAYNE WESTOVER, knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT IV

That on or about February 5, 2018, at Fairview within Richland County, in the State and District of Montana, the defendants, DAVID WAYNE WESTOVER and TRAVER JOHN GEARY, knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

/for/ KURT G. ALME
United States Attorney

/for/ JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X _____
Bail: _____

T. Geary ⎱
A. Geary ⎰ → Warrants
D. Westover → State Custody

4