# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DAVID WAYNE WESTOVER,** Defendant. | CR 18-108-BLG-SPW <br><br> **ORDER** |

Pending before the Court is a motion to quash the Writ of Habeas Corpus (*Ad Prosequendum*) and vacate the arraignment hearing currently scheduled for August 2, 2018, at 9:00 a.m. and reset the arraignment date. For good cause shown,

IT IS ORDERED that the Writ of Habeas Corpus (*Ad Prosequendum*) is quashed and the arraignment hearing currently set for September 6, 2018, at 9:00 a.m., is **VACATED**.

1

DATED this 22nd day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate