IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE WESTOVER,<br><br>Defendant. | CR 18-108-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DAVID WAYNE WESTOVER is hereby released from the custody of the U.S. Marshal Service.

DATED this 16th day of January, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1